Case 17-30621    Doc 60    Filed 08/22/18    Entered 08/22/18 11:48:35    Desc Main
Document    Page 1 of 3

**This order is SIGNED.**





**Dated: August 22, 2018**

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

---

**Lewis P. Adams (#7123)**
**Attorney at Law**
**8833 South Redwood Road, Suite A**
**West Jordan, Utah  84088**
**(801) 676-1950**
**Attorney for Debtor**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| In re | ) | CHAPTER 13 |
| | ) | |
| CODY ISAACSON, | ) | No.    17-30621 |
| | ) | |
| Debtor | ) | Judge   R. Kimball Mosier |

---

**ORDER RE: OBJECTION TO CLAIM 12, FILED BY ESSENTIAL LENDING INC.**

---

Debtor's Objection to Claim 12, filed by Essential Lending Inc. came on regularly for hearing on August 1, 2018, at 11:00 a.m., before the Honorable R. Kimball Mosier.  Debtor appeared through counsel Lewis P. Adams. Other parties appearing, if any, were noted on the record.

Having heard the arguments and representations of counsel, having made findings on the record and good cause appearing therefor, this Court hereby ORDERS as follows:

**Debtor's Objection to Claim 12, filed by Essential Lending Inc. is SUSTAINED. Claim 12 is disallowed as a late filed claim and shall receive no distribution under the Chapter 13 Plan.**

**End of Order**

**Certificate of Mailing**

      I hereby certify that a true and correct copy of the foregoing **ORDER RE: OBJECTION TO CLAIM 12, FILED BY ESSENTIAL LENDING INC.** was served by ECF (as noted below), or addressed to the following persons, deposited in the U.S. Mail, first class, postage fully pre-paid on the ___21st___ day of August 2018 to the following:

Lon A. Jenkins
Standing Chapter 13 Trustee
ECF Notification

Tommy Glenn, CEO
Essential Lending Inc.
3500 S. Hulen Street, Suite 201
Fort Worth, TX 76107


                                                             /s/ Lewis P. Adams

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER RE: OBJECTION TO CLAIM 12, FILED BY ESSENTIAL LENDING INC.** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Lewis P. Adams
Attorney for Debtors

Lon A. Jenkins
Standing Chapter 13 Trustee

U.S. Trustee

**By U.S. Mail -** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Tommy Glenn, CEO
Essential Lending Inc.
3500 S. Hulen Street, Suite 201
Fort Worth, TX 76107

Cody Isaacson
3215 South Parker Road, Apt 703
Denver, CO 80014

/s/ Lewis P. Adams
Lewis P. Adams